|   |   |
|---|---|
| PHILLIP A. TALBERT<br>United States Attorney<br>KEVIN C. KHASIGIAN<br>Assistant U. S. Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA  95814<br>Telephone: (916) 554-2700<br><br>Attorneys for the United States | **FILED**<br><br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>DEPUTY CLERK |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $5,000.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $5,000.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $4,600.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $3,700.00 IN U.S. CURRENCY,<br><br>　　　　　　Defendants. | 2:17-CV-00398-WBS-AC<br><br>ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM* |

　　　WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on February 23, 2017 in the United States District Court for the Eastern District of California, alleging that the defendant defendant Approximately $5,000.00 in U.S. Currency, defendant Approximately $5,000.00 in U.S. Currency, defendant Approximately $4,600.00 in U.S. Currency and defendant Approximately $3,700.00 in U.S. Currency ("defendant currency") are subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. §§ 841 *et seq.*;

　　　And WHEREAS, the Court being satisfied that, based on the Verified Complaint for Forfeiture

*In Rem* and the affidavit of United States Postal Inspection Service Postal Inspector Jason Bauwens there is probable cause to believe that the defendant currency so described constitutes property that is subject to forfeiture for such violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant currency.

Dated: 2/27/2017

CAROLYN K. DELANEY
United States Magistrate Judge