PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:17-CV-00398-WBS-AC |
|---|---|
| Plaintiff, | |
| v. | FINAL JUDGMENT OF FORFEITURE |
| APPROXIMATELY $5,000.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $5,000.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $4,600.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $3,700.00 IN U.S. CURRENCY, | |
| Defendants. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil action *in rem* to forfeit to the United States Approximately $5,000.00 in U.S. Currency, Approximately $5,000.00 in U.S. Currency, Approximately $4,600.00 in U.S. Currency and Approximately $3,700.00 in U.S. Currency (hereafter collectively "defendant currency"). The defendant currency was seized on September 12, 2016.

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on February 23, 2017, alleging that said defendant currency was subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

1

3. Beginning on April 4, 2017, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on May 10, 2017.

4. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

    a. Estate of Jason Derek Alexander in c/o Sydona Anderson Fernandez;
    b. Al Shoman;
    c. Andrea Jackson;
    d. Pablo Corchado;
    e. Gary Arthur;
    f. Kristina Panisse.

5. Claimant Sydona Anderson Fernandez on Behalf of Estate of Jason Derek Anderson filed a claim alleging an interest in the defendant currency on March 28, 2017. No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

6. The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Al Shoman, Kristina Panisse, Andrea Jackson, Pablo Corchado and Gary Arthur on April 7, 2017. Pursuant to Local Rule 540, the United States and Sydona Anderson Fernandez on Behalf of Estate of Jason Derek Anderson thus join in a request that as part of the Final Judgment of Forfeiture in this case the Court enter a default judgment against the interest, if any, of Al Shoman, Kristina Panisse, Andrea Jackson, Pablo Corchado and Gary Arthur without further notice.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. Judgment is hereby entered against claimant Sydona Anderson Fernandez on Behalf of Estate of Jason Derek Anderson and all other potential claimants who have not filed claims in this action.

3. Upon entry of this Final Judgment of Forfeiture, all right, title, and interest of Sydona Anderson Fernandez on Behalf of Estate of Jason Derek Anderson in the Approximately $5,000.00 in

U.S. Currency, Approximately $5,000.00 in U.S. Currency and $1,100.00 of the Approximately $4,600.00 in U.S. Currency, together with any interest that may have accrued on the total amount seized, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4. Upon entry of a Final Judgment of Forfeiture herein, but no later than 60 days thereafter, $3,500 of the Approximately $4,600.00 in U.S. Currency and $3,700.00 of the Approximately $3,700.00 in U.S. Currency, shall be returned to claimant Sydona Anderson Fernandez on Behalf of Estate of Jason Derek Anderson through her attorney Carolyn Hagin.

5. The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed. The parties waived the provisions of California Civil Code § 1542.

6. Claimant waived any and all claim or right to interest that may have accrued on the defendant currency.

7. All parties are to bear their own costs and attorneys' fees.

8. The U.S. District Court for the Eastern District of California, Hon. William B. Shubb, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

9. Based upon the allegations set forth in the Complaint filed November 4, 2015, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action.

SO ORDERED.

Dated: June 23, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE